UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :     ███ INDICTMENT

           - v. -                :     15 Cr.

PAJTIM HOTI,                     :     15 CRIM 651
XHEM HOTI,                       :
ISMEAL VASQUEZ,                  :
     a/k/a "Money,"              :
     a/k/a "Ish,"                :
NELSON VERAS,                    :
     a/k/a "Monkey,"             :
     a/k/a "Monkey White,"       :

           Defendants.           :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 22 2015

COUNT ONE

(Carjacking)

The Grand Jury charges:

1. On or about November 25, 2012, in the Southern District of New York and elsewhere, PAJTIM HOTI, XHEM HOTI, ISMEAL VASQUEZ, a/k/a "Money," a/k/a "Ish," and NELSON VERAS, a/k/a "Monkey," a/k/a "Monkey White," the defendants, knowingly and willfully, with the intent to cause death and serious bodily harm, took a motor vehicle, that had been transported, shipped, and received in interstate and foreign commerce from the person and presence of another by force and violence, and by

intimidation, to wit, the defendants took at gunpoint a 2004 white BMW, and in the process intended to cause serious bodily injury on one of the occupants of that vehicle.

(Title 18, United States Code, Sections 2119(1) and 2.)

## COUNT TWO

(Firearms Use, Carrying, and Possession)

The Grand Jury further charges:

2.  On or about November 25, 2012, in the Southern District of New York, PAJTIM HOTI, XHEM HOTI, ISMEAL VASQUEZ, a/k/a "Money," a/k/a "Ish," and NELSON VERAS, a/k/a "Monkey," a/k/a "Monkey White," during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the carjacking charged in Count One of this Indictment, knowingly did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, which were brandished during the carjacking charged in Count One of this Indictment.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

_____         _____
FOREPERSON   9-22-15              PREET BHARARA
                                  United States Attorney