# THE METROPOLITAN CORRECTION CENTER
## NEW YORK EDUCATION DEPARTMENT

PRESENTS THIS

### CERTIFICATE OF COMPLETION

TO

## NELSON VERAS

FOR SUCCESSFUL COMPLETION OF THE SELF STUDY COURSE:

### LAST FEAST OF THE CROCODILES

DECEMBER 2014

_A. BRADY - TEACHER_

# THE METROPOLITAN CORRECTION CENTER
## NEW YORK EDUCATION DEPARTMENT

PRESENTS THIS

# CERTIFICATE OF COMPLETION

TO

# NELSON VERAS

FOR SUCCESSFUL COMPLETION OF THE SELF STUDY COURSE:

## HOWARD HUGHES

NOVEMBER 2014

_____
A. BRADY - TEACHER

THE METROPOLITAN CORRECTION CENTER
NEW YORK EDUCATION DEPARTMENT

PRESENTS THIS

CERTIFICATE OF COMPLETION

TO

NELSON VERAS

FOR SUCCESSFUL COMPLETION OF THE SELF STUDY COURSE:

WILD BILL HICKOK: GENTLEMAN OF THE OLD WEST

NOVEMBER 2014

_____
A. BRADY - TEACHER

# The Metropolitan Correctional Center New York

## Education Department

*Presents this*

# Certification of Completion

TO

## NELSON VERAS

FOR SUCCESSFUL COMPLETION OF THE SELF-STUDY COURSE

# LAST FEAST OF THE CROCODILES

NOVEMBER, 2014

_____
A. BRADY - TEACHER

# THE METROPOLITAN CORRECTION CENTER
## NEW YORK EDUCATION DEPARTMENT

*PRESENTS THIS*

## CERTIFICATE OF COMPLETION

*TO*

# NELSON VERAS

*FOR SUCCESSFUL COMPLETION OF THE SELF STUDY COURSE:*

## HIDDEN CONGO: THE FOREST PRIMEVAL

MARCH 2015

_____
A. BRADY - TEACHER

# EXHIBIT F
*Certificates of Naturalization
Nelson Valerio Veras*

# UNITED STATES OF AMERICA

No. 22414865

## CERTIFICATE OF NATURALIZATION

INS Registration No. A37 641 841

*Personal description of holder as of date of naturalization:*

Date of birth: JANUARY 28, 1963
Sex: MALE
Height: 5 feet 06 inches
Marital status: SINGLE
Country of former nationality: DOMINICAN REPUBLIC



*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*



(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Attorney General

at: NEW YORK, NY

The Attorney General having found that:

**NELSON VALERIO VERAS**

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

**U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT**

at: NEW YORK, NY on: OCTOBER 4TH, 1996

that such person is admitted as a citizen of the United States of America.

*Commissioner of Immigration and Naturalization*

"IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT, OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY."

FORM N-550 REV. 6-91